UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

In Re:                                        BK 10-71237-CMS13

**KENDALL SANDERS**
**SSN: XXX-XX-7685**

         **Debtor(s)**

### ORDER DISMISSING DEBTOR WITHOUT CONFIRMATION

An order was entered on June 24, 2010, stipulating that the Debtor shall pay the filing fee by 4:30 p.m. on July 9, 2010 or the case will be dismissed. The Debtor has failed to pay in accordance with said order. It is, by the Court,

**CONSIDERED and ORDERED**:

1. That the Debtor's Chapter 13 Case is DISMISSED WITHOUT CONFIRMATION.

2. That the Standing Trustee is to pay any monies collected in the following order:
   (a) Administrative Fee in the amount of $39.00 (if unpaid)
   (b) Chapter 13 Filing Fee (if unpaid)
   (c) Costs of Administration
   (d) Attorney Fee up to the amount of $200.00
   (e) The balance to be refunded to the Debtor

**DONE and ORDERED** this July 12, 2010.

                                                          /s/ C. Michael Stilson
                                                          C. Michael Stilson
                                                          United States Bankruptcy Judge